904

No. 548. BRIDGES ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted, limited to questions 1 and 2 presented by the petition for the writ, *viz.:*

"(1) Whether, in view of prior adjudications (including the determination of this Court in *Bridges* v. *Wixon,* 326 U. S. 135), this proceeding is barred, in whole or in part, by the principles of *res judicata,* or estoppel, or the due process clause of the Fifth Amendment.

"(2) Whether this proceeding is barred by the statute of limitations."

Motions for leave to file briefs of International Longshoremen's & Warehousemen's Union and Local 8, International Longshoremen's & Warehousemen's Union, and others, as *amici curiae,* are denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications.

*Telford Taylor* and *Norman Leonard* for petitioners. *Solicitor General Cummings, John F. Davis, Beatrice Rosenberg, Carl H. Imlay* and *John R. Wilkins* filed a memorandum for the United States.

No. 264. BALDI, SUPERINTENDENT, PHILADELPHIA COUNTY PRISON, ET AL. *v.* UNITED STATES EX REL. ALMEIDA. C. A. 3d Cir. Certiorari denied. *Robert E. Woodside,* Attorney General of Pennsylvania, *Randolph C. Ryder* and *Francis J. Gafford,* Deputy Attorneys General, and *Frank P. Lawley, Jr.,* Assistant Deputy Attorney General, for petitioners. *Thomas D. McBride* for respondent.

No. 427. WILLIAMS *v.* VIRGINIA MILITARY INSTITUTE ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Austin F. Canfield, Clarence E. Martin* and *Clarence E. Martin, Jr.* for